

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :     CRIMINAL ACTION

    v.    :     *08-cr-408*

MALKIEL SAR SHALOM AMOS    :     NO. ~~08-815-M~~
a/k/a "Sar AMOS"

**FILED**
**JUL 18 2008**
MICHAEL E. KUNZ, Clerk
By_____
_____Dep. Clerk

<u>MEMORANDUM ORDER</u>

THOMAS J. RUETER               July 18, 2008
Chief United States Magistrate Judge

Defendant filed a Motion To Terminate Charges in the Criminal Complaint filed

on June 16, 2008.  (Doc. No. 7).  Specifically, defendant challenges the sufficiency of the

evidence to support the two charged violations of the Immigration laws, 8 U.S.C. §§ 1326(a) and

(b)(3).

In its Response, the Government notes that the Grand Jury returned an Indictment

against defendant only charging violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B), receipt and

possession of child pornography.  Because the government is not proceeding with the earlier

charged violations of 18 U.S.C. § 1326, the issues raised by defendant in his motion to terminate

charges are now moot.

Therefore, the court **DENIES** the motion as **MOOT**.

BY THE COURT:

_____
THOMAS J. RUETER
CHIEF MAGISTRATE JUDGE